# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# ELKINS

**ULYSSES A. BELLAMY**,

      Plaintiff,

v.                                                                              CIVIL ACTION NO. 2:17-CV-115
                                                                                (BAILEY)

**DIANA R. MILLER, et. al.**,

      Defendants.

## ORDER ADOPTING REPORT AND RECOMMENDATION

On this day, the above-styled matter came before this Court for consideration of the Report and Recommendation of United States Magistrate Judge James P. Mazzone [Doc. 39]. Pursuant to this Court's Local Rules, this action was referred to Magistrate Judge Mazzone for submission of a proposed report and recommendation ("R&R"). Magistrate Judge Mazzone filed his R&R on February 5, 2019, wherein he recommends (1) John Doe, President of Glenville State College, be dismissed as a defendant; (2) the plaintiff's second Motion for Leave to Proceed *in forma* pauperis [Doc. 19] be dismissed as moot; (3) the Defendants' Motion to Dismiss [Doc. 27] be granted; and (4) the Plaintiff's § 1983 complaint [Doc. 1] be dismissed with prejudice for failure to state a claim upon which relief can be granted.

Pursuant to 28 U.S.C. § 636(b)(1)(c), this Court is required to make a *de novo* review of those portions of the magistrate judge's findings to which objection is made. However, the Court is not required to review, under a *de novo* or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or

1

recommendation to which no objections are addressed. ***Thomas v. Arn***, 474 U.S. 140, 150 (1985). In addition, failure to file timely objections constitutes a waiver of *de novo* review and the right to appeal this Court's Order. 28 U.S.C. § 636(b)(1); ***Snyder v. Ridenour***, 889 F.2d 1363, 1366 (4th Cir. 1989); ***United States v. Schronce***, 727 F.2d 91, 94 (4th Cir. 1984). Here, objections to Magistrate Judge Mazzone's R&R were due within fourteen (14) days of service, pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b). The docket reflects that service was accepted on February 8, 2019 [Doc. 40]. To date, no objections have been filed. Accordingly, this Court will review the R&R for clear error.

Upon careful review of the above, it is the opinion of this Court that the Report and Recommendation **[Doc. 39]** should be, and is, hereby **ORDERED ADOPTED** for the reasons more fully stated in the magistrate judge's report. Accordingly, this Court **ORDERS** that the Defendants' Motion to Dismiss **[Doc. 27]** is **GRANTED** and the Plaintiff's § 1983 complaint **[Doc. 1]** be **DISMISSED WITH PREJUDICE** for failure to state a claim upon which relief can be granted. Further, John Doe, President of Glenville State College, is **DISMISSED** as a defendant and the plaintiff's second Motion for Leave to Proceed *in forma* pauperis **[Doc. 19]** is **DENIED AS MOOT**. This Court further **ORDERS** that this matter be **STRICKEN** from the active docket of this Court and **DIRECTS** the Clerk to enter judgment in favor of defendants.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to any counsel of record herein and to mail a copy to the *pro se* plaintiff.

**DATED**: February 26, 2019.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE